IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS <br> 516 Alto Street <br> Santa Fe, New Mexico 87501 <br><br> Plaintiff, <br><br> v. <br><br> U.S. OFFICE OF SURFACE MINING <br> RECLAMATION AND ENFORCEMENT <br> 1849 C Street N.W. <br> Washington, D.C. 20240 <br><br> Defendant. | Case No. 1:17-cv-2224 |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

**INTRODUCTION**

1.      Defendant United States Office of Surface Mining Reclamation and Enforcement ("OSM") has wrongfully withheld records responsive to a request made by Plaintiff WildEarth Guardians' ("Guardians") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq.*

2.      Guardians requested records relating to environmental analyses associated with coal mining activities at the San Juan Mine in New Mexico. The requested records are sought to ensure that Guardians, its members, and the broader affected public are fully informed about the potential impacts a coal mine modification project may have on the health and safety of the environment and local communities.

3.      Contrary to FOIA, OSM failed to make a determination on Guardians' FOIA request within the time limits required by the statute and failed to produce any of the

1

records sought. Guardians requests an order declaring that OSM has violated FOIA, directing OSM to make a determination on Guardians' FOIA request, and compelling OSM to immediately provide Guardians with the records it has requested by a date certain.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over this action pursuant to the Freedom of Information Act, 5 U.S.C. § 552(a)(4)(B). This Court also has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1361 (action to compel an officer of the United States to perform his duty).

5. This Court has authority to grant declaratory relief pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201. This Court has authority to grant injunctive relief pursuant to 28 U.S.C. § 2202 and 5 U.S.C. § 552(a)(4)(B).

6. This Court has authority to award costs and attorney fees pursuant to 5 U.S.C. § 552(a)(4)(E).

7. Venue is appropriate under 5 U.S.C. § 552(a)(4)(B). Venue is also appropriate under 28 U.S.C. § 1391 because defendant is an agency of the United States with its primary office in Washington, D.C., and a substantial part of the events or omissions giving rise to this claim occurred in this judicial district.

## PARTIES

8. Plaintiff WILDEARTH GUARDIANS ("Guardians") is a non-profit conservation organization dedicated to protecting and restoring the wildlife, wild places, wild rivers, and health of the American West. Guardians has offices in Colorado, Montana, New Mexico, Arizona, Washington, and Oregon. With more than 183,000 members and

supporters, Guardians works to sustain a transition from fossil fuels to clean energy in order to safeguard the West. The records sought in this action are requested in support of these efforts.

9. Guardians works in furtherance of its goals in part by acquiring information regarding federal programs and activities through FOIA. Guardians then compiles and analyzes that information and, subsequently, disseminates that information to its membership, the general public, and public officials through various sources including publications, reports, its website and newsletter, general news media coverage, and public presentations. Guardians' successful efforts at educating the public on issues concerning federal government programs and activities that affect the environment contribute significantly to the public's understanding of governmental operations and activities. Guardians also uses the information that it acquires through FOIA to participate in federal decision-making processes, to file administrative appeals and civil actions, and generally to ensure that federal agencies comply with federal environmental laws.

10. Guardians, its staff, or one or more of its members are directly injured by OSM's failure to comply with the statutory requirements of FOIA and a favorable outcome of this litigation will redress that injury. Guardians brings this action on behalf of itself, its staff, and its members.

11. Defendant UNITED STATES OFFICE OF SURFACE MINING RECLAMATION AND ENFORCEMENT ("OSM") is an agency within the United States Department of the Interior as defined by 5 U.S.C. § 552(f)(1). FOIA charges OSM with the duty to provide public access to records in its possession. OSM has possession of

the records sought by Guardians. OSM is denying Guardians access to its records in contravention of federal law.

## FACTUAL AND LEGAL BACKGROUND

12. FOIA requires federal agencies to "determine within 20 days . . . after the receipt of any [FOIA] request whether to comply with such request and . . . immediately notify the person making such request of . . . such determination and the reasons therefor[.]" 5 U.S.C. § 552(a)(6)(A)(i)(I).

13. On May 12, 2017, Guardians submitted a FOIA request to OSM. Guardians' FOIA request was for any and all records concerning or relating to the March 22, 2017, Notice of Intent to Initiate Public Scoping and Prepare an Environmental Impact Statement for the San Juan Mine Deep Lease Extension Mining Plan Modification.

14. On May 23, 2017, Guardians received confirmation from OSM that it received Guardians' FOIA request and that its request was being processed. OSM assigned the number "OSM-2017-00086" to the request.

15. OSM did not assert in this communication that any "unusual circumstances" were present that would merit a 10-workday extension. OSM did not request that Guardians limit the scope of its FOIA request or agree to an alternative time period for processing the request. OSM did not provide a date certain upon which it expected the request to be processed.

16. Having received no further communications from OSM related to its FOIA request, on September 19, 2017, Guardians sent an email to the OSM FOIA Officer inquiring about the status of its request.

17. On September 20, 2017, the OSM FOIA Officer responded via email asserting that an error on the original letter occurred and the correct FOIA control number is "OSM-2017-00089." The email also asserted that the request fell in the "Exceptional/Voluminous" processing track, 43 C.F.R. § 2.15. The email did not provide a date certain for making a determination on Guardians' request or for disclosing records responsive to Guardians' request.

18. To date, OSM has not made a determination on Guardians' FOIA request or disclosed records responsive to its request.

19. More than 115 days have passed since Guardians submitted its May 12, 2017, FOIA request to OSM.

20. Guardians has fully exhausted its administrative remedies for its May 12, 2017, FOIA request to OSM. Administrative remedies are deemed exhausted whenever an agency fails to comply with the applicable time limits of FOIA as provided in 5 U.S.C. § 552(a)(6)(C)(i). Guardians now turns to this Court to enforce the remedies and public access to agency records guaranteed by FOIA.

**CLAIM FOR RELIEF**

**Violation of FOIA – Failure to Make a Determination on Guardians' FOIA Request Within the Statutory Time Frame**

21. Guardians incorporates the allegations in paragraphs 1 through 20 by this reference.

22. OSM's failure to make a determination on Guardians' May 12, 2017, FOIA request (number OSM-2017-00089) within the time frame required by FOIA is a constructive denial and wrongful withholding of the records Guardians requested in violation of 5 U.S.C. § 552.

23. Guardians is entitled to reasonable costs of litigation, including attorney fees, pursuant to FOIA, for OSM's violation of FOIA. 5 U.S.C. § 552(a)(4)(E).

## REQUEST FOR RELIEF

WHEREFORE, WildEarth Guardians respectfully requests that this Court:

A. Declare that OSM has violated FOIA by wrongfully withholding the records Guardians requested;

B. Order OSM to make a determination on Guardians' FOIA request and to provide Guardians with all wrongfully withheld records;

C. Maintain jurisdiction over this action until OSM complies with FOIA and every order of this Court;

D. Award Guardians its costs and reasonable attorney fees incurred in prosecuting this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

E. Grant such other and additional relief as the Court deems just and proper.

Respectfully submitted on the 26th day of October, 2017,

/s/ Kelly E. Nokes
Kelly E. Nokes (Bar No. MT0001)
WildEarth Guardians
P.O. Box 7516
Missoula, MT 59807
(406) 209-9545
knokes@wildearthguardians.org

/s/ Neil S. Kagan
Neil S. Kagan (Bar No. MI0078)
WildEarth Guardians
80 Madison Street, Ste. 210
Portland, OR 97214
(503) 828-7098
nkagan@wildearthguardians.org